**CUTLER & ASSOCIATES, LTD.**
**ATTORNEYS AT LAW**
**4131 Main St.**
**SKOKIE, ILLINOIS 60076**

---

**TELEPHONE (847) 673-8600**
**FAX (847) 673-8636**

**August 29, 2019**

**Notice of withdrawal of claim #6-1**

**Bankruptcy Case No. # 19-15094**
**Re: Howard T Clark**

**Dear Bankruptcy Court Clerk,**

**Please accept this letter as our formal withdrawal for the claim our office filed on August 28, 2019 Proof of Claim: #6-1, for Illinois Dept. of Healthcare and Family Services Child Support Services Processing Unit as our claim was filed in error.**

                                             **Sincerely,**

                                             **/s/David Cutler**
                                             **Attorney at Law**
                                             **Cutler & Associates, Ltd.**
                                             **4131 Main St.**
                                             **Skokie, IL 60076**
                                             **Phone: 847-673-8600**
                                             **Fax: 847-673-8636**